1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD CARTER,

     Plaintiff,

   v.

KING COUNTY CORRECTIONAL
FACILITY,

     Defendant.

Case No. C05-1851L

ORDER OF DISMISSAL

On January 4, 2001 the Honorable Mary Alice Theiler, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter.  That Report and Recommendation was mailed to plaintiff but was returned unopened on January 17, 2006, as plaintiff apparently no longer resides at the address on file with the Court.  On January 25, 2006, this Court issued an Order to Show Cause and mailed it to plaintiff.  That Order to Show cause was also returned unopened on February 6, 2006.

Local Rule 10(f) requires parties to notify the court of any change of address or telephone number within ten days of the change.  Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current

ORDER OF DISMISSAL - 1

address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 3rd day of April, 2006.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2